# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender

Albany Office

54 State Street
STE 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

November 3, 2023

Honorable Thérèse Wiley Dancks
United States District Court
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, NY 13261

**RE:   UNITED STATES V. PATRICK DAI**
**      CASE NO. 3:23-MJ-0632 (TWD)**

Dear Judge Dancks,

   A preliminary hearing is currently scheduled for November 15, 2023 at 2:00 PM. Defendant hereby waives his right to a preliminary hearing in this matter.

                                Respectfully,
                                OFFICE OF FEDERAL PUBLIC DEFENDER

                                By:  *s/Lisa A. Peebles, Esq.*
                                      Federal Public Defender

cc.  Geoffrey J.L. Brown, AUSA (via CM/ECF)
     Michael D. Gadarian, AUSA (via CM/ECF)
     Stephen C. Green, AUSA (via CM/ECF)