# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES            ,

                Plaintiff(s),             Case No. 23-MJ-0632

-vs-

PATRICK DAI            ,

                Defendant(s).

_____

## REQUEST FOR TRANSCRIPT

TO: _____Jodi Hibbard_____, Court Reporter / Transcriber.

Notice is hereby given that an official transcript[1] of a proceeding has been requested of the following proceeding(s) / portion(s) of the proceeding(s):

Date of proceeding: 11/09/2023            Proceeding: Detention Hearing
Date of proceeding: _____       Proceeding: _____
Date of proceeding: _____       Proceeding: _____

(Attach additional pages if necessary)

**Delivery time**:

- ○ Ordinary Delivery (30 days after receipt of deposit)
- ○ 14 Day Delivery (14 days after receipt of deposit)
- ● Expedited (7 days after receipt of deposit)[2]
- ○ 3 Day (3 days after receipt of deposit)[2]
- ○ Daily (Transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it is a court day)[2]
- ○ Hourly (Transcript to be delivered within two (2) hours of filing of request)[2]
- ○ Realtime (Unedited draft of transcript produced electronically during proceeding)

---

[1] Upon the filing of the official transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction. For additional information on the Court's Policy concerning redaction of transcripts please visit the Court website at www.nynd.uscourts.gov.

[2] CJA Counsel: Any requests for expedited or daily copy must be justified and preapproved by the presiding judge by filing a CJA-24 form in eVoucher and also on CM/ECF.

**Please note that if the Transcript request is for an appeal, the requestor must also file the appropriate transcript appeal forms that are available on the 2nd Circuit website at <http://www.ca2.uscourts.gov>.**

Signature: *s/ Lisa A. Peebles, Esq.*
Attorney for: Patrick Dai
NDNY Bar Roll #: 507041
Street Address: 4 Clinton Square, 3rd Floor
City: Syracuse
State: New York
Zip Code: 13202
Email Address: Lisa_Peebles@fd.org
Phone Number: (315) 701-0080

## Certificate of Service

  I hereby certified that on  11/13/2023                      , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:
U.S. Attorney's Office                                                                                         ,

and that I mailed by United States Postal Service the document to the following **non** CM/ECF participants: _____.

            s/  *Renata Hohl*